-O-SEND

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     CASE NO.
                                    )
                Plaintiff,          )     2:08-CR-450
                                    )
        vs.                         )     ORDER OF DETENTION
                                    )
                                    )
                                    )
Jesus Zamarripa                     )
                Defendant.          )
                                    )
_____)

                                    I

A.    ( )  On  motion  of  the  Government  in  a  case  allegedly
      involving:
            1.    ( )  a crime of violence.
            2.    ( )  an  offense  with  maximum  sentence  of life
            imprisonment  or death.
            3.    ( )  a narcotics or controlled substance offense with
            maximum sentence of ten or more years.
            4.    ( )  any felony - where defendant convicted of two or
            more prior offenses described above.

5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   (X)   On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

(X)   On the further allegation by the Government of:

1.   (X)   a serious risk that the defendant will flee.

2.   ( )   a serious risk that the defendant will:

a.   ( )   obstruct or attempt to obstruct justice.

b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government ( ) is/ (X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

II

A.   (X)   The Court finds that no condition or combination of conditions will reasonably assure:

1.   (X)   the appearance of the defendant as required.

(X)   and/or

2.   (X)   the safety of any person or the community.

B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

///

///

1
                                              III

2
The Court has considered:

3
A.    the nature and circumstances of the offense(s) charged,

4
including whether the offense is a crime of violence, a Federal

5
crime of terrorism, or involves a minor victim or a controlled

6
substance, firearm, explosive, or destructive device;

7
B.    the weight of evidence against the defendant;

8
C.    the history and characteristics of the defendant; and

9
D.    the nature and seriousness of the danger to any person or the

10
community.

11

12
                                              IV

13
The Court also has considered all the evidence adduced at the

14
hearing and the arguments and/or statements of counsel, and the

15
Pretrial Services Report/recommendation.

16

17
                                              V

18
The Court bases the foregoing finding(s) on the following:

19
A.    [X]    As to flight risk:

20

21
(1) no bail resources

22
(2) criminal history

23

24

25

26
///

27
///

28
///

1  B.      (✓)     As to danger:

2  _____

3  _____ criminal history _____

4  _____

5  _____

6  _____

7  _____

8

9                              VI

10  A.     ( )    The Court finds that a serious risk exists the defendant

11  will:

12      1.      ( )    obstruct or attempt to obstruct justice.

13      2.      ( )    attempt to/ ( ) threaten, injure or intimidate a

14  witness or juror.

15  B.     The Court bases the foregoing finding(s) on the following:

16  _____

17  _____

18  _____

19

20                              VII

21  A.     IT IS THEREFORE ORDERED that the defendant be detained prior

22  to trial.

23  B.      IT IS FURTHER ORDERED that the defendant be committed to the

24  custody of the Attorney General for confinement in a corrections

25  facility separate, to the extent practicable, from persons

26  awaiting or serving sentences or being held in custody pending

27  appeal.

28

C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   5/12/08

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

-5-