FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 25 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Zamarripa, Jesus Defendant. | Case No.: SACR 08-450-GW<br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CD  CA  , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  issue w/ multiple personal identifiers; lack of bail resources; ongoing substance abuse problem

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | and/or |
| 4 | B.  (x) The defendant has not met his/her burden of establishing by clear and |
| 5 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This |
| 7 | finding is based on _extensive criminal history record;_ |
| 8 | _substance abuse history; parole violation history_ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 7/25/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE